# UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

| | |
|---|---|
| Rocky Mountain Gun Owners, and Alicia Garcia<br><br>v.<br><br>Jared Polis, in his Official Capacity as Governor of the State of Colorado | Case No. 23-1380 |

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Rocky Mountain Gun Owners and Alicia Garcia, in the above-captioned case(s).

Barry K. Arrington
Name of Counsel

/s/ Barry K. Arrington
Arrington Law Firm
4195 Wadsworth Boulevard
Wheat Ridge, CO 80033
(303) 205-7870
barry@arringtonpc.com

| William E. Trachman | D. Sean Nation |
| Name of Counsel | Name of Counsel |
| | |
| /s/ William E. Trachman | /s/ D. Sean Nation |
| Mountain States Legal Foundation | Mountain States Legal Foundation |
| 2596 South Lewis Way | 2596 South Lewis Way |
| Lakewood, Colorado 80227 | Lakewood, Colorado 80227 |
| Telephone: (303) 292- 2021 | Telephone: (303) 292- 2021 |
| wtrachman@mslegal.org | snation@mslegal.org |

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

      Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[1] as follows:

Brian A. Abbas
Former attorney with Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, CO 80227
303-292-2021

December 15, 2023
Date

*/s/ William E. Trachman*
Signature

---

[1] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case.

December 15, 2023
Date

/s/ William E. Trachman
Signature