UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

| | |
|---|---|
| Rocky Mountain Gun Owners and Alicia Garcia<br><br>v.<br><br>Jared Polis, in his official capacity as Governor of the State of Colorado | Case No. 23-1380 |

### ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Jared Polis, in his official capacity as Governor of the State of Colorado
_____
[Party or Parties][1]

_____

Appellee/Respondent
_____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

| | |
|---|---|
| Michael T. Kotlarczyk<br>Name of Counsel | Matthew J. Worthington<br>Name of Counsel |
| /s/ Michael T. Kotlarczyk<br>Signature of Counsel | /s/ Matthew J. Worthington<br>Signature of Counsel |
| 1300 Broadway, 6th Floor, Denver, CO 80203; (720) 508-6187<br>Mailing Address and Telephone Number | 1300 Broadway, 6th Floor, Denver, CO 80203; (720) 508-6124<br>Mailing Address and Telephone Number |
| mike.kotlarczyk@coag.gov<br>E-Mail Address | matt.worthington@coag.gov<br>E-Mail Address |

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not

   direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

✔ There are no such parties/attorneys, or any such parties/attorneys have already been

   disclosed to the court.

12/20/2023
Date

/s/ Michael T. Kotlarczyk
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

✔  All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On ___12/20/2023_____ I sent a copy of this Entry of Appearance
          [date]

Form to:
_____

at_____,

the last known address/email address, by _____.
                                      [state method of service]

12/20/2023
_____
Date

/s/ Michael T. Kotlarczyk
_____
Signature