23-1380

IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

ROCKY MOUNTAIN GUN OWNERS and ALICIA GARCIA,

Plaintiffs – Appellants,

v.

JARED POLIS, in his official capacity as Governor of the State of Colorado,

Defendant – Appellee,

On Appeal from the United States District Court, District of Colorado
The Honorable John L. Kane
Senior District Judge

District Court Case No. 23-cv-02563-JLK

**DEFENDANT-APPELLEE JARED POLIS'S MOTION FOR EXTENSION OF TIME TO FILE ANSWER BRIEF**

PHILIP J. WEISER
Attorney General
MICHAEL T. KOTLARCZYK *
Senior Assistant Attorney General
MATTHEW J. WORTHINGTON*
Assistant Attorney General

Colorado Department of Law
1300 Broadway, 6th Floor
Denver, Colorado 80203
Telephone: 720-508-6187
E-Mail: mike.kotlarczyk@coag.gov;
matt.worthington@coag.gov
*Counsel of Record

*Attorneys for Governor Polis*

Defendant/Appellee Jared Polis, in his official capacity as the Governor of the State of Colorado, by and through his attorneys, the Colorado Attorney General's Office, hereby moves the Court pursuant to Fed. R. App. P. 26 and 27, and 10th Cir. R. 27, for an extension of thirty (30) days, or until Monday, April 1, 2024, to file Appellee's answer brief. As grounds therefore, Appellee states:

1. Undersigned attorneys for the Governor conferred with Plaintiffs'/Appellants' counsel on February 21, 2024. Plaintiffs oppose the extension.

2. Plaintiffs filed their notice of appeal on December 4, 2023.

3. Plaintiffs filed their opening brief on January 30, 2024.

4. The Governor's answer brief is currently due on February 29, 2024.

5. Undersigned counsel now requests a 30-day extension of this deadline, until and including April 1, 2024. (Thirty days from February 29 is March 30, a Saturday, so a thirty-day extension will roll into the next business day, Monday, April 1. *See* Fed. R. App P. 26(a)(1)(C).)

8. As grounds therefore, undersigned counsel Michael T. Kotlarczyk has several litigation and general counsel demands and, as a result, is unable to complete the Governor's answer brief by February 29, 2024, even while exercising due diligence. Specifically, Mr. Kotlarczyk has work demands, including but not limited to: (1) representing the Colorado Secretary of State in an expedited election case where voters are challenging the qualification of former President Trump to appear on the 2024

Republican primary ballot, in *Trump v. Anderson*, No. 23-719 (U.S. Supreme Court), which was orally argued at the United States Supreme Court on February 8, 2024; (2) representing the Governor in *Eaves v. Polis*, No. 23-1143 (10th Cir.), for which the Governor's opening brief is due on February 26, 2024; (3) representing the Governor in *Rocky Mountain Gun Owners v. Polis*, No. 23-1251 (10th Cir.), for which the Governor's reply brief is currently due on February 28, 2024 (counsel anticipates seeking an extension of this deadline as well); (4) representing the Governor in *National Association for Gun Rights v. Polis*, No. 24-cv-00001-GPG-STV (D. Colo.), in a three-day preliminary injunction hearing on March 14, 15, and 18, with a response to the motion for preliminary injunction due on February 28; (5) representing the Colorado Secretary of State in *Advance Colorado v. Griswold*, No. 23-1281 (10th Cir.), with oral argument scheduled for March 19, 2024; and (6) serving as general counsel to the Title Setting Board, with meetings twice per month.

9. Undersigned counsel Matthew J. Worthington has a number of litigation and general counsel demands and, as a result, counsel is unable to complete Appellant's brief by February 29, 2024, even while exercising due diligence. Specifically, Mr. Worthington's work demands, include but are not limited to: (1) representing Colorado State University in a claim under Colorado's new Equal Pay for Equal Work Act, *Usrey v. Colorado State University*, Larimer County District Court, No. 2022CV30906, for which CSU's Summary Judgment brief deadline is March 8, 2024 after multiple

extensions; (2) representing the Governor in *Rocky Mountain Gun Owners v. Polis*, No. 23-1251 (10th Cir.), for which the Governor's reply brief is currently due on February 28, 2024 (counsel anticipates seeking an extension of this deadline as well); and, (3) providing ongoing advice on several confidential time-sensitive matters and investigations for Colorado's public institutions of higher education where the advice cannot be delayed, for which Mr. Worthington serves as outside general counsel.

10. As a result, undersigned counsel are unable to complete the answer brief by February 29, 2024, even while exercising due diligence. Counsel are not able to have other attorneys in their office prepare the brief because they are most intimately familiar with the legal research and record in this case. Other attorneys would need additional time to get up-to-speed and also have their own existing litigation deadlines and general counsel responsibilities.

11. This short extension of time will cause Plaintiffs no prejudice. The underlying case is proceeding in district court while this appeal is pending.

12. This is the first extension of time the Governor has requested.

Wherefore the Governor requests that the Court enter an Order allowing him an extension of 30 days, or until April 1, 2024, to file his answer brief.

Respectfully submitted this 21st day of February,

> PHILIP J. WEISER
> Attorney General
>
> *s/ Michael T. Kotlarczyk*
> *Michael T. Kotlarczyk,* Senior Assistant Attorney General*
> *Matthew J. Worthington*, Assistant Attorney General*
> 1300 Broadway, 6th Floor
> Denver, CO 80203
> Telephone: (720) 508-6187
> Email: mike.kotlarczyk@coag.gov;
> matt.worthington@coag.gov
> *Attorneys for Governor Jared Polis*
> *Counsel of Record