FILED  
United States Court of Appeals  
Tenth Circuit  

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

February 22, 2024

Christopher M. Wolpert  
Clerk of Court

---

ROCKY MOUNTAIN GUN OWNERS, et al.,

    Plaintiffs - Appellants,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado,

    Defendant - Appellee.

No. 23-1380  
(D.C. No. 1:23-CV-02563-JLK)  
(D. Colo.)

---

## ORDER

---

Before **MATHESON** and **BACHARACH**, Circuit Judges.

---

This matter comes before the court on Appellee's Motion for Extension of Time to File Answer Brief and Appellants' Response in Opposition. The motion is granted. Appellee shall file a response brief on or before April 1, 2024. No further extensions will be granted on the clerk's authority.

                                Entered for the Court

                                CHRISTOPHER M. WOLPERT, Clerk