23-1380

IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

ROCKY MOUNTAIN GUN OWNERS and ALICIA GARCIA,

Plaintiffs – Appellants,

v.

JARED POLIS, in his official capacity as Governor of the State of Colorado,

Defendant – Appellee,

On Appeal from the United States District Court, District of Colorado
The Honorable John L. Kane
Senior District Judge

District Court Case No. 23-cv-02563-JLK

**DEFENDANT-APPELLEE JARED POLIS'S SECOND MOTION FOR EXTENSION OF TIME TO FILE ANSWER BRIEF**

PHILIP J. WEISER
Attorney General
MICHAEL T. KOTLARCZYK *
Senior Assistant Attorney General
MATTHEW J. WORTHINGTON*
Assistant Attorney General

Colorado Department of Law
1300 Broadway, 6th Floor
Denver, Colorado 80203
Telephone: 720-508-6187
E-Mail: mike.kotlarczyk@coag.gov;
matt.worthington@coag.gov
*Counsel of Record

*Attorneys for Governor Polis*

Defendant/Appellee Jared Polis, in his official capacity as the Governor of the State of Colorado, by and through his attorneys, the Colorado Attorney General's Office, hereby moves the Court pursuant to Fed. R. App. P. 26 and 27, and 10th Cir. R. 27, for an extension of thirty (30) days, or until Wednesday, May 1, 2024, to file Appellee's answer brief. As grounds therefore, Appellee states:

1. Undersigned attorneys for the Governor conferred with Plaintiffs'/Appellants' counsel on March 19, 2024. Plaintiffs oppose the extension.

2. Plaintiffs filed their notice of appeal on December 4, 2023.

3. Plaintiffs filed their opening brief on January 30, 2024.

4. The Governor previously requested and received a 30-day extension of time to file his answer brief. The Governor's answer brief is currently due on April 1, 2024.

5. Undersigned counsel now requests a second 30-day extension of the deadline, until and including May 1, 2024.

8. As grounds therefore, undersigned counsel Michael T. Kotlarczyk has several litigation and general counsel demands and, as a result, is unable to complete the Governor's answer brief by April 1, 2024, even while exercising due diligence. Specifically, Mr. Kotlarczyk has work demands in this and other courts. Since the last motion for extension was filed, Mr. Kotlarczyk has: (1) filed an opening brief on behalf of the Governor in *Eaves v. Polis*, No. 23-1143 (10th Cir.), on February 26, 2024; (2) filed a reply brief on behalf of the Governor in *Rocky Mountain Gun Owners v. Polis*,

No. 23-1251 (10th Cir.), on March 13, 2024; (3) filed a response brief (February 28) and participated in a preliminary injunction hearing (March 14) on behalf of the Governor in *National Association for Gun Rights v. Polis*, No. 24-cv-00001-GPG-STV (D. Colo.); (4) represented the Colorado Secretary of State in oral argument on March 19 in *Advance Colorado v. Griswold*, No. 23-1281 (10th Cir.); (5) represents the Governor in an oral argument on March 20 in *Colorado Livestock Association v. Polis*, No. 2023CV495 (Denver Dist. Ct.) and (6) is serving as general counsel to the Title Setting Board, which holds hearings twice per month.

9. Undersigned counsel Matthew J. Worthington has a number of litigation and general counsel demands and, as a result, counsel is unable to complete Appellant's brief by April 1, 2024, even while exercising due diligence. Since the last motion for extension was filed, Mr. Worthington has: (1) filed a motion for summary judgment on March 8, 2024, in *Usrey v. Colorado State University*, Larimer County District Court, No. 2022CV30906, for which CSU's response to the plaintiff's summary judgment motion is now due March 29, 2024; (2) filed a reply brief on behalf of the Governor in *Rocky Mountain Gun Owners v. Polis*, No. 23-1251 (10th Cir.), on March 13, 2024; (3) represented Colorado's public universities in four ongoing confidential investigations by federal and state agencies; (4) represented a Colorado public university in internal appeal proceedings of a for-cause employment termination; and (5) provided ongoing advice to a Colorado public university, for which Mr. Worthington serves as outside general counsel.

10. As a result, undersigned counsel are unable to complete the answer brief by April 1, 2024, even while exercising due diligence. Counsel are not able to have other attorneys in their office prepare the brief because they are most intimately familiar with the legal research and record in this case. Other attorneys would need additional time to get up-to-speed and also have their own existing litigation deadlines and general counsel responsibilities.

11. This extension of time will cause Plaintiffs no prejudice. Plaintiffs previously argued against the Governor's first motion for extension of time by asserting that (1) they are prejudiced every day because they believe the statute is unconstitutional, and (2) the case is not complex and so the Governor does not need an extension of time. *See* Resp. (Feb. 22, 2024). But the statute is merely a waiting period and is not preventing any Plaintiff from acquiring firearms. Additionally, the underlying case is not stayed pending this appeal, so district court proceedings are ongoing while this appeal is pending. And to the extent Plaintiffs believe that the continued enforcement of this democratically enacted law causes them daily harm, they could have requested an injunction pending appeal. They did not. Finally, Plaintiffs' argument that the Governor does not need much time because the issues are straightforward cannot be squared with Plaintiffs' own briefing. The Governor has to respond to a 45-page opening brief containing over 10,000 words and respectfully requests an extension of time to do so.

12. This is the second extension of time the Governor has requested.

Wherefore the Governor requests that the Court enter an Order allowing him an extension of 30 days, or until May 1, 2024, to file his answer brief.

Respectfully submitted this 19th day of March,

        PHILIP J. WEISER
        Attorney General

        *s/ Michael T. Kotlarczyk*
        *Michael T. Kotlarczyk,* Senior Assistant Attorney General*
        *Matthew J. Worthington*, Assistant Attorney General*
        1300 Broadway, 10th Floor
        Denver, CO 80203
        Telephone: (720) 508-6187
        Email: mike.kotlarczyk@coag.gov;
        matt.worthington@coag.gov
        *Attorneys for Governor Jared Polis*
        *Counsel of Record