No. 23-1380

IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

Rocky Mountain Gun Owners, *et al.,*
*Plaintiffs-Appellants*,

v.

Jared S. Polis, in his official capacity
as Governor of the State of Colorado*,*
*Defendant-Appellee*,

Appeal from the United States District Court
for the District of Colorado
No. 1:23-cv-2563-JLK (Hon. John L. Kane)

**PLAINTIFF-APPELLANTS' RESPONSE IN OPPOSITION TO
APPELLEE'S MOTION FOR EXTENSION OF TIME**

Barry K. Arrington
Arrington Law Firm
4195 Wadsworth Boulevard
Wheat Ridge, Colorado 80033
Phone: (303) 205-7870
Email: barry@arringtonpc.com

D. Sean Nation
Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, Colorado 80227
Phone: (303) 292-2021
Email: snation@mslegal.org

*Counsel for Plaintiffs-Appellants*

Defendant-Appellee moves for yet another Extension of Time, 30 days beyond the initial 32 days that it was already granted. (Indeed, its April 1 deadline will not even occur for another 11 days). Plaintiffs-Appellants again respectfully oppose the request, because the State of Colorado continues to violate their Second Amendment-protected rights.

Defendant-Appellee knew of the work that it describes in its second motion when it filed its first motion for an extension. Yet once again, Appellee is placing its own scheduling needs and conveniences above the interests of the Appellants, who are suffering ongoing and irreparable injury, based on Constitutional violations. *Compare, e.g.*, *New York State Rifle & Pistol Association, Inc. v. Bruen*, 597 U.S. 1 (2022) (striking down a 1905 New York statute for failure to accord with the Second Amendment) *with* App. 759 (finding that "the parties agree [that] no law requiring a waiting period was enacted in the United States until 1923").

Plaintiffs-Appellants therefore reiterate the arguments made in their first Response, filed on February 22, 2024. But to the extent that the Court grants the instant motion, Plaintiff-Appellant urges it to shorten the requested extension and make clear that no further extensions will be granted. *See* Local Rule 27.6(a) (disfavoring any extensions of time).

Respectfully submitted,

*/s/ D. Sean Nation*
D. Sean Nation

Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, Colorado 80227
Tele: (303) 292-2021
E-mail: snation@mslegal.org

*Counsel for Appellants*

**CERTIFICATE OF ELECTRONIC FILING**

In accordance with this Court's CM/ECF User's Manual and Local Rules, I hereby certify that the foregoing has been scanned for viruses with Sentinel One, updated March 20, 2024, and is free of viruses according to that program.

In addition, I certify that all required privacy redactions have been made and the electronic version of this document is an exact copy of the written document to be filed with the Clerk.

DATED this 20th day of March 2024.

<u>/s/ D. Sean Nation</u>
D. Sean Nation

# CERTIFICATE OF SERVICE

I certify that on March 20th, 2024, I caused the foregoing to be filed through the Court's CM/ECF system, with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit through the Court's CM/ECF system. I certify that all participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system and that a PDF copy of this motion will be emailed to opposing counsel immediately after it is filed.

DATED this 20th day of March 2024.

*/s/ D. Sean Nation*
D. Sean Nation

*Counsel for Appellants*