FILED  
United States Court of Appeals  
Tenth Circuit  

**March 25, 2024**

Christopher M. Wolpert  
Clerk of Court

## UNITED STATES COURT OF APPEALS

### FOR THE TENTH CIRCUIT

---

ROCKY MOUNTAIN GUN OWNERS, et al.,

    Plaintiffs - Appellants,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado,

    Defendant - Appellee.

No. 23-1380  
(D.C. No. 1:23-CV-02563-JLK)  
(D. Colo.)

---

**ORDER**

---

Before **MATHESON** and **BACHARACH**, Circuit Judges.

---

This matter comes before the court on Appellee's Second Motion for Extension of Time to File Answer Brief and Appellant's Response in Opposition to Appellee's Motion for Extension of Time. The motion is granted. Appellee's response brief shall be filed on or before May 1. 2024. No further extensions will be granted absent extraordinary circumstance.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk