UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

# ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

| | |
|---|---|
| Rocky Mountain Gun Owners, et al., *Plaintiffs-Appellants,* v. Jared S. Polis, in his official capacity as Governor of the State of Colorado, *Defendant-Appellee,* | Case No. 23-1380 |

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Brady Center to Prevent Gun Violence and Giffords Law Center to Prevent Gun Violence
_____
[Party or Parties][1]

_____

Amici Curiae
_____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

Nicholas W. Dowd
_____
Name of Counsel

*/s/Nicholas W. Dowd*
_____
Signature of Counsel     1601 Wewatta Street, Suite 815
Denver, Colorado 80202
303-524-8663

Amy Pauli
_____
Name of Counsel

*/s/Amy Pauli*
_____
Signature of Counsel     1601 Wewatta Street, Suite 815
Denver, Colorado 80202
(303) 524-8618

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

| | |
|---|---|
| Mailing Address and Telephone Number | Mailing Address and Telephone Number |
| ndowd@crowell.com | apauli@crowell.com |
| E-Mail Address | E-Mail Address |
| | |
| Joshua Sohn | |
| Name of Counsel | Name of Counsel |
| /s/ Joshua Sohn | |
| Signature of Counsel   Two Manhattan West, 375 Ninth Avenue, New York, NY 10001   212-223-4000 | Signature of Counsel |
| Mailing Address and Telephone Number | Mailing Address and Telephone Number |
| jsohn@crowell.com | |
| E-Mail Address | E-Mail Address |

2

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

    The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

X    There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

May 8, 2024

_____

Date

*/s/ Amy Pauli*

_____

Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

 X All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

  On _____ I sent a copy of this Entry of Appearance Form to:
    [date]

_____

at_____,

the last known address/email address, by _____.
               [state method of service]

May 8, 2024

_____
Date

*/s/ Amy Pauli*

_____
Signature