FILED
United States Court of Appeals
Tenth Circuit

July 3, 2024

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT
_____

ROCKY MOUNTAIN GUN OWNERS, et al.,

    Plaintiffs - Appellants,

v.

JARED S. POLIS, in his official capacity as Governor of the State of Colorado,

    Defendant - Appellee.

------------------------------------

EVERYTOWN FOR GUN SAFETY, et al.,

    Amici Curiae.

No. 23-1380
(D.C. No. 1:23-CV-02563-JLK)
(D. Colo.)

_____

**ORDER**
_____

    This matter is before the court *sua sponte* to direct supplemental briefing regarding the impact on the issues raised in this appeal, if any, of the Supreme Court's June 21, 2024 opinion in *United States v. Rahimi*, No. 22-915.

    Within 21 days of the date of this order, the parties shall file simultaneous supplemental briefs, which may be no longer than ten pages in a 13- or 14-point font. Within 14 days of service of the supplemental briefs, the parties may file simultaneous supplemental response briefs, which may be no longer than seven pages in a 13- or 14-point font. The supplemental briefs need not comply with the content requirements of

Fed. R. App. P. 28(a), but they should be organized in a manner that is helpful to the court. Hard copies need not be submitted.

Entered for the Court
CHRISTOPHER M. WOLPERT, Clerk

*Jane K. Castro*

by: Jane K. Castro
    Chief Deputy Clerk